AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
05/22/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
May 22, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KC___ DEPUTY

United States of America

v.

Devin Kyle Wade,

Defendant

Case No. 5:20-mj-00279

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 17, 2020 at 9:49 p.m. in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § Section 875(c) | Extortion and Threats – Interstate communications |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

Robert Christian McElroy, Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 22, 2020

_____
Judge's signature

City and state: Riverside, California

Honorable Sheri Pym, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

I, Robert Christian McElroy, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") for the Federal Bureau of Investigation ("FBI") and have been so employed since October 2019. As a Special Agent I completed the FBI Academy in Quantico, Virginia, and received training to include the fundamentals of law, ethics, interviewing, report writing, firearms, surveillance, defensive tactics, and case management. From March 2020 to the present, I have been assigned to the Violent Crimes Squad investigating threats to individuals and fugitive investigations in the Los Angeles Division of the FBI.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against for DEVIN KYLE WADE ("WADE") for a violation of Title 18, United States Code, Section 875(c) (Extortion and Threats – Interstate communications).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, review of official reports, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and

statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

4.  On May 18, 2020, the United States Marshal Service provided information to the Federal Bureau of Investigation Los Angeles Violent Crime Task Force that a United States District Court Judge, received two emails from Gmail account ogkrackerkiller@gmail.com.  The emails were threatening in nature and were sent to the official chamber's email address, [xxx]Chambers@cacd.uscourts.gov.[1]  The emails are as follows:

> **From:** Hugh James <ogkrackerkiller@gmail.com>
>
> **Sent:** Sunday, May 17, 2020 9:49 PM
>
> **To:** [xxxxxxxxxx][xxx]Chambers@cacd.uscourts.gov>
>
> **Subject:** Get protection! Better yet and a attorney
>
> When one of you judges, or district attorneys get murdered for destroying or f****** with Devin Wade or not letting this government off Devin Wade his life you will understand why you're laying in the casket. I see that you bigots enjoy getting kick in destroying African American man's life, soon is your turn to die. Alike that gas pump in eastvale, your home's next.

And:

---

[1] The identity of the judge and the full e-mail address are known to me and have been redacted here.  DADE does not appear to have any pending cases before this judge.

> **From:** Hugh James <ogkrackerkiller@gmail.com>
>
> **Sent:** Sunday, May 17, 2020 10:32 PM
>
> **To:** [xxxxxxxxxx][xxx]Chambers@cacd.uscourts.gov>
>
> **Subject:** You'll never see it coming
>
> Your dead whore. I'll put a bullet in your head in the middle of your kitchen with out you seeing it coming or expecting it.
>
> #casket!?comingsoon!

5. On May 18, 2020, SA Richard Ryan ("Ryan") and I submitted an Emergency Disclosure Request (EDR) to Google to obtain subscriber information for Gmail account ogkrackerkiller@gmail.com. Google returned a subscriber name, Hugh James, an account creation IP address, IP activity, associated IP addresses, and Android device configuration service data. I ran the associated IP addresses through multiple IP locator websites, which returned locations in Chicago, IL and Buena Park, CA. The Android device data provided an IMEI number (015416006207352) and information that the device had been used to access the following email accounts: ogkrackerkiller@gmail.com, tessieralejandra@gmail.com, clientsofentity@gmail.com, and [E.T.]email@gmail.com.[2]

6. In the email threats, the author had mentioned Devin Wade. On May 18, 2020, Ryan received from the U.S. Marshals Service, an emailed copy of a civil complaint for violation of

---

[2] The full e-mail has been redacted because it discloses the victim's identity.

3

civil rights that had been filed in the United States District Court, Central District of California (CV No. 19-2496-MWF-JPR), by WADE.  In the complaint, WADE stated his address as 14705 Prairie Smoke Road, Eastvale, California.  One of the email threats had referenced Eastvale.

7.   On May 18, 2020, Ryan and I contacted AT&T, T-Mobile and Sprint to determine, under exigent circumstances, if the IMEI number provided by Google was associated with the service providers.  T-Mobile provided information that the IMEI number was associated with a TracPhone cellular phone with phone number 909-538-9384 ("Subject Telephone").  T-Mobile offered to provide GPS locations ("pings") every 15 minutes for a period of 24 hours.

8.   The ping location data provided by T-Mobile on May 19, 2020 indicated that the phone moved in the following areas: Chino Hills, Corona,[3] Orange County, South Los Angeles, Long Beach, and surrounding areas.  Between approximately 9:55PM on May 19, 2020 and 10:25AM on May 20,2020, the pings became stationary, with some periodic movement in the general vicinity, at a Budget Inn located at 1108 North Harbor Boulevard, Santa Ana, California.  The pings provided had an accuracy between 5 meters and 46 meters.

9.   A criminal background check of WADE indicated that he had some criminal history including that he was involved in a

---

[3] During this ping, it appeared that the Subject Telephone was pinging from a T-Mobile store.  Store surveillance photos were not conclusive because many people were wearing masks as a result of the COVID-19.

4

theft of an auto-parts store in Corona, California on April 22, 2020. WADE was subsequently pulled over in a gray 2011 Toyota Corolla with license plate number 8PMH695.

10. On May 20, 2020, at 10:25AM PST, we received the last ping from T-Mobile of the Subject Telephone, which was located at the Budget Inn at 1108 North Harbor Boulevard, Santa Ana, California. At approximately 11:20AM PST, Special Agent Steven Wrathall drove into the Budget Inn parking lot and saw a gray Toyota Corolla bearing license plate number 8PMH695 that was parked. In order to not disrupt the ongoing investigation, Special Agent Wrathall was only able to identify a black male (WADE is also black), wearing a baseball cap, sitting in the driver's seat of the vehicle. At some point, Special Agent Wrathall became worried that he would be identified as law enforcement, so he left the parking lot.

11. Later that evening, we obtained a federal search warrant to search WADE's person and his car, and a GPS ping warrant from United States Magistrate Judge Hon. Judge Sheri Pym. (ED No. 20-275). On May 20, 2020, at 8:10PM, I served the warrant to T-Mobile via email for GPS ping locations at 15-minute intervals for Subject Phone. On the same evening, at 10:13PM, I began to receive ping locations for Subject Phone from T-Mobile to my email account on 15-minute intervals. From the first ping at 10:13PM to the ping I received on May 21, 2020, at 4:13AM, T-Mobile was unable to provide a location, indicating that the phone may have been turned off. At 4:13AM, I began to receive pings of the phone's location in the

Eastvale, California area. The pings were very accurate with an accuracy range of two meters to 45 meters.

12. On May 21, 2020, SA Ryan, other FBI special agents, and I initiated surveillance in the area that the Subject Telephone pings resolved to. At approximately 1:00PM, the surveillance team received an updated ping. Upon arrival at the location of that ping, the vehicle known to be driven by WADE, a gray 2011 Toyota Corolla bearing license plate 8PMH695 ("Subject Vehicle"), was identified. Based on his California driver license ID picture, I was able to identify WADE standing outside of the Subject Vehicle. We detained WADE for public safety, while explaining that we had a search warrant for his person and the Subject Vehicle.

13. At approximately, 1:10PM, FBI agents initiated the search of WADE and the Subject Vehicle and recovered the following items:

    a. A black cellular phone later confirmed to be the Subject Phone. For confirmation, a phone call was made to the phone number of the Subject Telephone and the phone that was located on the driver's seat of the Subject Vehicle correspondingly rang.

    b. A piece of paper bearing full credit card information for four separate cards and full information for two bank checking debit cards all in the name of E.T.[4]

---

[4] The full name of E.T. is known to agents but abbreviated here to protect his privacy.

6

      c. Four black thumb drives.

      d. One CD-ROM with a blue label.

      e. Two laptop computers.

      f. One file folder with various court documents, including a piece of paper handwritten: "(Central District Judges # Accts Attached to)" with the names of six United States District Court judges for the Central District of California.

14. On May 21, 2020, I spoke to FBI SA Sarah Corcoran ("SA Corcoran") who spoke to E.T. to discuss the credit card information found in the Subject Vehicle and to determine if Wade was authorized to have that information. E.T. informed SA Corcoran that he did not know WADE and that WADE should not have that information. Furthermore, E.T. mentioned that he had recently received several fraud alerts.

15. On May 21, 2020, during the search of WADE and the Subject Vehicle, WADE confirmed his identity to Special Agents and requested to remain silent for the duration of the search.

16. Following execution of the search warrant and identification of the items described above. WADE was taken into custody under a probable cause arrest for violations of 18 U.S.C. § 875 (c), interstate communications, and transported to Metropolitan Detention Center for processing.

## IV. INTERSTATE NEXUS

17. On May 21, 2020, I spoke to Supervisory Special Agent Michael Sohn ("SSA Sohn"), who has been employed by the FBI for

13 years and investigated cyber-crime his entire career. SSA Sohn informed me that there are two servers that share the workload to support uscourts.gov emails. One of the servers was in Montgomery, Alabama and the other was in Berkeley, California. According to SSA Sohn, emails sent to an email address with domain cacd.uscourts.gov would have to ping in both Montgomery, Alabama and Berkeley, California, as both servers share the workload.

## V. CONCLUSION

18. For all the reasons described above, there is probable cause to believe that DEVIN KYLE WADE has committed a violation of 18 U.S.C. § 875 (c), interstate communications.

/s/

Robert Christian McElroy,
Special Agent
Federal Bureau of
Investigation

Attested

~~Subscribed~~ to and sworn by telephone this 22th day of May, 2020.

UNITED STATES MAGISTRATE JUDGE