FILED
CLERK, U.S. DISTRICT COURT
06/22/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CLO DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DEVIN KYLE WADE,<br><br>　　　　　Defendant. | CR No. 20-cr-00242-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 115(a)(1)(B): Threatening a Federal Official; 18 U.S.C. § 875(c): Threat by Interstate Communication] |

　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 115(a)(1)(B)]

　　On or about May 17, 2020, at or about 9:49 p.m., in Los Angeles County, within the Central District of California, and elsewhere, defendant DEVIN KYLE WADE knowingly threatened to assault and murder Victim A, a United States judge, with the intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of official duties, and with the intent to retaliate against Victim A on account of the performance of Victim A's official duties.

COUNT TWO

[18 U.S.C. § 875(c)]

On or about May 17, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant DEVIN KYLE WADE, with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an e-mail communication that contained a true threat to injure the person of another, that is, defendant WADE threatened: "When one of you judges, or district attorneys get murdered for destroying or f****** with Devin Wade or not letting this government off Devin Wade his life you will understand why you're laying in the casket. I see that you bigots enjoy getting kick in destroying African American man's life, soon is your turn to die. Alike that gas pump in eastvale, your home's next."

2

## COUNT THREE

[18 U.S.C. § 115(a)(1)(B)]

On or about May 17, 2020, at or about 10:32 p.m., in Los Angeles County, within the Central District of California, and elsewhere, defendant DEVIN KYLE WADE knowingly threatened to assault and murder Victim A, a United States judge, with the intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of official duties, and with the intent to retaliate against Victim A on account of the performance of Victim A's official duties.

```
 1                          COUNT FOUR
 2                        [18 U.S.C. § 875(c)]
 3        On or about May 17, 2020, in Los Angeles County, within the
 4   Central District of California, and elsewhere, defendant DEVIN KYLE
 5   WADE, with the intent to issue a threat, and with knowledge that it
 6   would be viewed as a threat, knowingly transmitted in interstate
 7   commerce an e-mail communication that contained a true threat to
 8   injure the person of another, that is, defendant WADE threatened:
 9   "Your dead whore.  I'll put a bullet in your head in the middle of
10   your kitchen with out you seeing it coming or expecting it.
11   #casket!?comingsoon!"
```

```
 1                          COUNT FIVE
 2                    [18 U.S.C. § 115(a)(1)(B)]
 3        On or about May 18, 2020, in Los Angeles County, within the
 4   Central District of California, and elsewhere, defendant DEVIN KYLE
 5   WADE knowingly threatened to assault and murder Victim A, a United
 6   States judge, with the intent to impede, intimidate, and interfere
 7   with Victim A while Victim A was engaged in the performance of
 8   official duties, and with the intent to retaliate against Victim A on
 9   account of the performance of Victim A's official duties.
10
11
12
...
28
```

COUNT SIX

[18 U.S.C. § 875(c)]

On or about May 18, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant DEVIN KYLE WADE, with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an e-mail communication that contained a true threat to injure the person of another, that is, defendant WADE threatened: "Don't go home, you'll never know when when I'll pop up. I'll Gaurentee will kill you do to the fact this government is hanging over Devin Wade's life attacking him. Think I'm playing? Casket dreams sweetheart."

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Tracy Wilk* (signature)

TRACY L. WILKISON
First Assistant U.S. Attorney

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

JERRY C. YANG
Assistant United States Attorney
Deputy Chief, Riverside Branch Office